UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                Plaintiff,

       -against-

NEXSTAR MEDIA GROUP, INC.,

                Defendant.

26-cv-0956 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 14, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 15, 2026
           New York, New York

                /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
            Chief United States District Judge